**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Daniel McCarville, individually and as a representative of a class of participants and beneficiaries on behalf of the Crane Savings and Investment Plan,<br><br>Plaintiff,<br><br>v.<br><br>Crane Company and Crane Savings Plan Committee,<br><br>Defendants. | Civil Action No. 3:25-cv-00987-SFR<br><br>CLASS ACTION<br>JURY DEMAND |

**UNOPPOSED MOTION TO CONDUCT**
**<u>ORAL ARGUMENT BY VIDEOCONFERENCE</u>**

Plaintiff Daniel McCarville respectfully moves the Court to conduct by videoconference the oral argument on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 38), which is currently set for December 16, 2026 at 10:00 a.m. in Courtroom Three, 141 Church Street, New Haven, Connecticut (ECF No. 55). Defendants do not oppose this motion or the relief sought, so long as representatives of Defendants may attend the hearing remotely.

Good cause supports this request. Counsel who will present argument for Plaintiff, and several of Defendants' counsel of record, are located outside Connecticut, including in Florida, Illinois, New York, and Washington, D.C. Proceeding by videoconference would spare the parties the time and expense of travel for a single hearing on a fully briefed motion. No testimony or other evidence will be presented, and Plaintiff believes a videoconference will fully permit the Court to hear from and question counsel. The hearing also falls shortly before the December holidays, when travel is more difficult and costly, and proceeding by videoconference would avoid those burdens for counsel and party representatives alike.

Plaintiff further respectfully requests that party representatives be permitted to attend the hearing by videoconference. In particular, Plaintiff ask that any order granting this motion make clear, that representatives of Defendants Crane Company and the Crane Savings Plan Committee, as well as Plaintiff, may attend the hearing remotely.

Plaintiff does not seek to change the date or time of the hearing, and this is their first request to modify its format. Should the Court prefer to proceed in person, counsel will appear as previously ordered. Accordingly, the Plaintiff respectfully requests that the Court order that the December 16, 2026 oral argument proceed by videoconference and that party representatives may attend remotely.

Dated: November 19, 2026

Respectfully submitted,

**Cowdery, Murphy & Healy, LLC**

*/s/ James J. Healy*
James J. Healy (ct28447)
280 Trumbull Street, 22nd Floor
Hartford, Connecticut 06103
(860) 278-5555
(860) 249-0012
jhealy@cmandh.com

**CHIRINOS LAW FIRM PLLC**
Tulio D. Chirinos (*pro hac vice*)
370 Camino Gardens Blvd., Ste 106
Boca Raton, FL 33432
Telephone: (561) 299-6334
tchirinos@chirinoslawfirm.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, a copy of the foregoing was filed electronically and served upon all counsel of record via operation of the Court's CM/ECF System or by mail upon anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James J. Healy*
James J. Healy (ct28447)